**TABLE OF EXHIBITS**

| Exhibit | State | Description |
|---|---|---|
| 1 | Maryland | May 23, 2025, FY2022 Maryland Grant Amendment |
| 2 | Colorado | FY2023 Colorado Grant Agreement |
| 3 | Minnesota | FY2023 Minnesota Grant Agreement |
| 4 | Michigan | FY2023 Michigan Grant Agreement |
| 5 | Colorado | FY2024 Colorado Grant Agreement |
| 6 | Hawai'i | FY2024 Hawaii Grant Agreement |
| 7 | Rhode Island | FY2024 Rhode Island Grant Agreement |
| 8 | — | FY2022 NOFO |
| 9 | — | FY2023 NOFO |
| 10 | — | FY2024 NOFO |
| 11 | — | FY2022 DHS Standard Terms |
| 12 | — | FY2023 DHS Standard Terms |
| 13 | — | FY2024 DHS Standard Terms |
| 14 | Colorado | July 21, 2025, Colorado Termination Letter |