# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STATE OF COLORADO, STATE OF
MARYLAND, STATE OF MINNESOTA,
STATE OF HAWAI'I, STATE OF
MICHIGAN, and STATE OF RHODE
ISLAND,

                                    *Plaintiffs*,

        v.                                              Civ. No. 1:26-cv-00315-ZNS

UNITED STATES, *acting through its
executive agency,* the Department of
Homeland Security, *and subagency,* the
Federal Emergency Management Agency,

                                    *Defendant.*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Court of Federal Claims Rule 83.1(a)(2), I, Sarah H. Weiss, a member of the bar of this Court and attorney of record for Plaintiff State of Colorado hereby respectfully move for the admission *pro hac vice* of Chelsea Baittinger a member of the bar of Rhode Island to serve as counsel for Plaintiff State of Rhode Island in this matter.

This motion is accompanied by a declaration by Chelsea Baittinger that sets forth: (i) her full name; (ii) her address, e-mail address, and telephone number; and (iii) a statement that she is a member in good standing of the bar of the highest court

1

of Rhode Island. She also acknowledges that a person admitted to appear *pro hac vice* is within the disciplinary jurisdiction of this Court.

WHEREFORE, undersigned requests that this Court admit Chelsea Baittinger *pro hac vice* to the bar of this Court.

Dated: March 10, 2026                    Respectfully submitted,

<u>*/s/ Sarah H. Weiss*</u>
Sarah H. Weiss, CO Reg. No. 61914
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Sarah.Weiss@coag.gov

*Attorney for Plaintiff States*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

Dated:        March 10, 2026              Respectfully submitted,

<u>*/s/ Sarah H. Weiss*</u>
Sarah H. Weiss, CO Reg. No. 61914
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Sarah.Weiss@coag.gov

*Attorney of record for State of Colorado*