## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STATE OF COLORADO, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF HAWAIʻI, STATE OF MICHIGAN, and STATE OF RHODE ISLAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES, *acting through its executive agency,* the Department of Homeland Security, *and subagency,* the Federal Emergency Management Agency,<br><br>*Defendant*. | Civ. No. 1:26-cv-00315-ZNS |

## <u>DECLARATION OF CHELSEA BAITTINGER</u>

Pursuant to Court of Federal Claims Rule 83.1(a)(2), I, Chelsea Baittinger, hereby declare in support of my admission *pro hac vice* to serve as counsel for plaintiff State of Rhode Island in this matter:

1. My full name is Chelsea Baittinger.

2. I am a Special Assistant Attorney General in the Rhode Island Office of Attorney General. My address is 150 South Main Street, Providence, RI 02903; my e-mail address is cbaittinger@riag.ri.gov; and my telephone number is 401-274-4400 ext. 2058.

1

3. I am a member in good standing of the bar of the highest court of Rhode Island.

4. I acknowledge that a person admitted to appear *pro hac vice* is within the disciplinary jurisdiction of this Court.

WHEREFORE, I respectfully submit that I be permitted to appear *pro hac vice* to serve as counsel for Plaintiff State of Rhode Island in this matter.

Dated:          March 10, 2026                Respectfully submitted,

*/s/ Chelsea Baittinger*
Chelsea Baittinger (#9471)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Phone: 401-274-4400 ext. 2058
cbaittinger@riag.ri.gov

*Attorney for Plaintiff State of Rhode Island*

2