**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| STATE OF COLORADO, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 26-315 (Judge Somers) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF INTENT TO FILE AMENDED JOINT MOTION
REQUESTING ENTRY OF SCHEDULING ORDER**

Pursuant to Rule 1 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, and plaintiffs, the States of Colorado, Maryland, Minnesota, Hawai'i, Michigan, and Rhode Island, respectfully notify the Court of their intent to file an amended motion requesting that the Court enter a scheduling order concerning the briefing of cross-motions for partial summary judgment.

We have previously informed the Court that this case concerns grants issued by the Department of Homeland Security (DHS), Federal Emergency Management Authority (FEMA), to six plaintiff states. As we explained, plaintiffs contend that the United States breached the grants by terminating them. On April 23, 2026, the parties respectfully requested the Court to enter a schedule in which (a) the parties addressed whether the grant agreements permitted cancellations for the reasons articulated in the termination notices; and (b) the deadline for the United States to respond to plaintiffs' complaint is deferred until after the Court resolves the parties' cross-motions for summary judgment. ECF No. 17. Since filing that motion, the parties have continued to confer about the scope of the parties' respective motions. During those discussions, the United States has

proposed an additional legal issue that, in its view, would benefit from early resolution by the Court.  The parties anticipate that, by May 13, 2026, that they will file an amended motion proposing a new briefing schedule with respect to the parties' contemplated cross-motion.

The parties continue to request that the United States' deadline for answering plaintiffs' complaint be held in abeyance until after the parties' cross-motions for summary judgment are resolved.  But in light of the above, we respectfully request that the Court not enter our requested briefing schedule until after the parties have filed their amended motion.

Dated: April 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

MARTIN F. HOCKEY
Deputy Director

 s/ Matthew J. Carhart
MATTHEW J. CARHART
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0313

Attorneys for Defendant


**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

By: */s/Sarah H. Weiss*
David Moskowitz
    *Deputy Solicitor General*
Sarah H. Weiss
    *Senior Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov
sarah.weiss@coag.gov


*Counsel for the State of Colorado*

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

By: */s/ Robert Brewer*
Robert Brewer
Steven Goldstein*
    *Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-7057
rbrewer@oag.maryland.gov
sgoldstein@ag.maryland.gov


*Counsel for the State of Maryland*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

By: */s/ Katherine Bies*
Katherine Bies
Brian S. Carter
 *Special Counsels*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101
(651) 300-0917
katherine.bies@ag.state.mn.us
brian.carter@ag.state.mn.us


*Counsel for the State of Minnesota*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

By: */s/ Neil Giovanatti*
Neil Giovanatti
 *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov

*Counsel for the State of Michigan*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

By: */s/Kalikoʻonālani D. Fernandes*
David D. Day
 *Special Assistant Attorney General*
Kalikoʻonālani D. Fernandes
 *Solicitor General*
Hawaiʻi Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

By: */s/ Chelsea Baittinger*
Chelsea Baittinger
 *Special Assistant Attorney General*
Sarah Rice*
 *Deputy Chief, Public Protection Bureau*
150 South Main Street
Providence, RI 02903
(401) 274-4400
cbaittinger@riag.ri.gov
srice@riag.ri.gov

*Counsel for the State of Rhode Island*

*\* Pro hac vice application forthcoming*