**TABLE OF EXHIBITS**

| Exhibit | State | Description |
|---|---|---|
| 1 | Maryland | May 23, 2025, FY2022 Maryland Grant Amendment |
| 2 | Colorado | FY2023 Colorado Grant Agreement |
| 3 | Minnesota | FY2023 Minnesota Grant Agreement |
| 4 | Michigan | FY2023 Michigan Grant Agreement |
| 5 | Colorado | FY2024 Colorado Grant Agreement |
| 6 | Hawaiʻi | FY2024 Hawaii Grant Agreement |
| 7 | Rhode Island | FY2024 Rhode Island Grant Agreement |
| 8 | — | FY2022 NOFO |
| 9 | — | FY2023 NOFO |
| 10 | — | FY2024 NOFO |
| 11 | — | FY2022 DHS Standard Terms |
| 12 | — | FY2023 DHS Standard Terms |
| 13 | — | FY2024 DHS Standard Terms |
| 14 | — | FY2025 DHS Standard Terms |
| 15 | Colorado | July 21, 2025, Colorado Termination Letter (EMW-2023-GR-00129) |
| 16 | Colorado | July 21, 2025, Colorado Termination Letter (EMW-2024-GR-05398) |
| 17 | Hawaiʻi | July 21, 2025, Hawaiʻi Termination Letter (EMW-2024-GR-05133) |
| 18 | Maryland | July 21, 2025, Maryland Termination Letter (EMW-2022-GR-00056) |
| 19 | Michigan | July 21, 2025, Michigan Termination Letter (EMW-2023-GR-00015) |
| 20 | Minnesota | July 21, 2025, Minnesota Termination Letter (EMW-2023-GR-00052) |
| 21 | Rhode Island | July 21, 2025, Rhode Island Termination Letter (EMW-2024-GR-05250) |
| 22 | Colorado | Declaration of Michael Haney |
| 23 | Hawaiʻi | Declaration of Frank J. Pace |
| 24 | Maryland | Declaration of Russell J. Strickland |
| 25 | Michigan | Declaration of Kevin Sweeney |
| 26 | Minnesota | Declaration of Stefanie Dressen |

| 27 | Rhode Island | Declaration of Kristine Campagna |